[No. 54483-7-I.   Division One.   September 25, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. GORDON O. SMISSAERT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-08463-4, Paris K. Kallas, J., entered June 29, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55418-2-I.   Division One.   September 25, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM F. JENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-07644-5, Richard A. Jones, J., entered December 29, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55512-0-I.   Division One.   September 25, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTINE ANNYAS, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 02-1-00608-5, Susan K. Cook, J., entered October 29, 2004. *Affirmed* by unpublished opinion per Schindler, A.C.J., concurred in by Coleman and Becker, JJ.